APRIL L. HOLLINGSWORTH (Bar No. 9391)
LAUREN I. SCHOLNICK (Bar No. 7776)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
426 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 359-4169

ELIZABETH M. PECK (Bar No. 6304)
**LAW OFFICE OF ELIZABETH M. PECK**
422 North 300 West
Salt Lake City, UT 84103
Tel. (801) 521-0844
Fax (801) 521-7725

Co-Counsel for Plaintiff Jeffrey Hansen

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JEFFREY HANSEN,**<br><br>            Plaintiff,<br><br>vs.<br><br>**HARPER EXCAVATING, INC.; REGENCE BLUECROSS BLUESHIELD OF UTAH,**<br><br>            Defendants. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Case No. 2:05-CV-940 DAK<br>Judge Dale A. Kimball |

Plaintiff Jeffrey Hansen ("Hansen") moves this Court for Summary Judgment against Defendant Harper Excavating, Inc. ("Harper") pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. There are no genuine issues of fact in dispute to preclude entry of judgment in favor of Hansen and against Harper regarding Hansen's ERISA and COBRA claims at issue herein  Specifically, Hansen claims that Harper

breached its fiduciary duties to him as Plan Administrator of its health care benefits plan, that it should be estopped from denying Hansen's eligibility for and entitlement to plan benefits, and that it failed to provide Hansen with the notices required by COBRA. Further, Hansen seeks summary judgment decreeing that Harper is liable to him for the civil penalties imposed by ERISA for its failure and refusal to timely provide him with the Plan documents following his written request for the same.

    Hansen's Motion is supported by the accompanying Memorandum in Support of his Motion for Summary Judgment, and by the points and authorities cited therein. Hansen further respectfully requests that oral argument be had on his Motion.

    Dated this  31st  day of  August , 2006.

                                  LAW OFFICE OF ELIZABETH M. PECK

               By: _____

                                  Elizabeth M. Peck
                                  Co-Counsel for Plaintiff Jeffrey Hansen

CERTIFICATE OF SERVICE

I hereby certify that on the __31ST__ day of August, 2006, I caused to be sent, via electronic filing, a true and correct copy of PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT to the following:

>Timothy C. Houpt
>JONES WALDO HOLBROOK & McDONOUGH PC
>170 So. Main Street, Ste. 1500
>Salt Lake City, Utah 84101

>Joseph C. Rust
>Matthew G. Bagley
>KESLER & RUST
>2000 Beneficial Life Tower
>36 So. State Street
>Salt Lake City, UT 84111

>_____/s/    Elizabeth M. Peck_____